UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Marwan Habib
(A-Number: 220-994-356),

Petitioner,

v.

Christopher Chestnut,

Respondent.

No. 1:26-cv-04994-KES-SAB (HC)

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND REQUIRING BOND HEARING WITHIN 10 DAYS

Doc. 1

Petitioner Marwan Habib is an immigration detainee proceeding pro se with a petition for writ of habeas corpus, Doc. 1, and a motion for temporary restraining order, Doc. 14. The Court construed the petition as challenging the statutory authority for petitioner's detention and ordered respondents to show cause why the petition should not be granted. Doc. 5 at 1. Respondent "does not dispute that Petitioner is detained under 8 U.S.C. § 1226(a)." Doc. 9 at 1. Respondent also claims that at petitioner's custody redetermination hearing on June 4, 2025, "[t]he immigration judge took no action on the bond hearing at the request of Petitioner, through counsel." *Id.* at 2. Respondents claim that after that, "Petitioner has never sought to re-calendar

the custody re-determination hearing." *Id.* But in filing the instant motion for temporary restraining order, petitioner affirms he is seeking custody redetermination.

Accordingly, the petition for writ of habeas corpus is GRANTED. Respondent is ORDERED to provide petitioner Marwan Habib (A-Number: 220-994-356) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within ten (10) days of the date of this Order. Respondent shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours written notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondent may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondents do not provide petitioner with a bond hearing within ten (10) days, then respondents must release him.

The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: September 11, 2026

UNITED STATES DISTRICT JUDGE