# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARWAN HABIB,<br>Petitioner,<br>v.<br>CHESTNUT,<br>Respondent. | Case No. 1:26-cv-04994-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO PETITIONER'S NOTICE OF VIOLATION OF COURT ORDER AND FAILURE TO COMPLY AND SETTING BRIEFING SCHEDULE |

On September 28, 2026, Petitioner filed a notice of violation of court order and failure to comply. (ECF No. 17.) The motion has been referred to the undersigned. (ECF No. 18.)

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a response to the notice; and
2. Within ten (10) days of the date of service of Respondents' response, Petitioner may file a reply.

IT IS SO ORDERED.

Dated: **September 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge